Magistrate Judge James P. Donohue

FILED
RECEIVED

JUL 05 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DOUGLAS ROY WHITE,

          Defendant.

CASE NO. MJ11-5131

COMPLAINT for VIOLATION

Title 18, U.S.C., Section 111(a)
(Misdemeanor)

BEFORE, James P. Donahue, United States Magistrate Judge, Seattle, Washington. The undersigned complainant, being duly sworn states:

**COUNT ONE**

On or about, July 1, 2011, within the Gifford Pinchot National Forest, within the Western District of Washington, DOUGLAS ROY WHITE knowing did forcibly assault, resist, oppose, impeded, intimidate and interfere with United States Forest Service Officers Chavez and Hill, while they were engaged in their official duties.

All in violation of Title 18, United States Code, Section 111(a).

And the complaint states that this Complaint is based on the following information:

COMPLAINT/DOUGLAS ROY WHITE - 1
(2011)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. I, Jon Matye, am a Special Agent with the United States Forest Service and have been since September 2010. I completed Criminal Investigator Training Program in 2010. I have served as a Federal law enforcement officer since 2002 and completed the Basic Academy at the Federal Law Enforcement Training Center in 2002. I have completed over 1400 hours of law-enforcement training with many hours in regards to arson, fire, drug enforcement, and other investigations. I have a Bachelor of Science degree in Natural Resource Management from Washington State University. I am currently assigned to Regional Investigative Unit of the Pacific Northwest, United States Forest Service and I am responsible for investigating violations of federal and state law within the jurisdiction of United States Forest Service throughout Washington and Oregon.

2. This affidavit is based upon my personal knowledge developed during this investigation, and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

3. This affidavit is set forth for the purpose of establishing probable cause that DOUGLAS ROY WHITE, date of birth XX-XX-1957, did forcibly assault, resist, oppose, impeded, intimidate and interfere with United States Forest Service Officers Chavez and Hill, while they were engaged in their official duties on July 1, 2011 within the boundaries of Gifford Pinchot National Forest, in the Western District of Washington. Because the purpose of this affidavit is to establish probable cause, not every relevant fact known to me, or to other investigators, is included herein. Rather, only those facts necessary to establish probable cause will be discussed.

4. On July 1, 2011, at approximately 1940 hours, Forest Service Officers were at the intersection of Forest Service 30 Road and Forest Service Road 3211 enforcing a road closure. The closure was marked by two identifiable outfitted law enforcement vehicles and being enforced by on duty United States Forest Service Law Enforcement Officers. During this time there was a high volume of vehicles and large number of

COMPLAINT/DOUGLAS ROY WHITE - 2
(2011)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  people entering into the gathering area located in the Gifford Pinchot National Forest for
2  the beginning of the Rainbow Family Gathering. Forest Service Officers were attempting
3  maintain control of the roadway due to the large amount of vehicle traffic coming into the
4  area and at the same time protect the pedestrian traffic attempting to access the area.
5  Forest Service Officer Hill observed a male later identified as DOUGLAS ROY WHITE
6  walking down the center lane of Forest Road 30 impeding traffic by walking in front of
7  vehicles forcing them to stop in the lane of travel. Forest Service Officer Chavez shouted
8  an order to DOUGLAS ROY WHITE, commanding him to get out of the road and not to
9  stop traffic. After being ordered by Officer Chavez several times to get out of the
10 roadway DOUGLAS ROY WHITE complied and left the roadway.

11     5. A few seconds later Officer Hill again observed DOUGLAS ROY WHITE
12 standing in the roadway stopping vehicles. Officer Chavez a second time shouted a
13 command to DOUGLAS ROY WHITE telling him to get out of the road and not to stop
14 vehicles. DOUGLAS ROY WHITE was seen moving from the middle of the roadway to
15 a side of the roadway and stopping another vehicle as it approached him on the roadway.
16 creating a public safety issue by being in the roadway during a high volume of traffic.
17 Forest Service Officers observed DOUGLAS ROY WHITE creating a public safety issue
18 by being in the roadway during a high volume of traffic, being a threat to himself and
19 those in the immediate vicinity of Forest Service Road 30, and not complying with
20 numerous commands to leave the roadway and not impede traffic.

21     6.     Officers Hill and Chavez approached DOUGLAS ROY WHITE on the
22 roadway and told him he was under arrest. As they did so each Officer grabbed an
23 hand/arm of DOUGLAS ROY WHITE and he began to pull away. Officer Hill told
24 DOUGLAS ROY WHITE to relax and the suspect responding, "how can I, I'm under
25 arrest". DOUGLAS ROY WHITE continued to push and shove back with his hands
26 wildly in an attempt to free his arms. At one point DOUGLAS ROY WHITE got his arm
27 free from Officer Chavez and struck Officer Chavez in the mouth with an open hand and
28 tried to turn towards the officers. Officer Chavez was able to regain control of White's

COMPLAINT/DOUGLAS ROY WHITE - 3
(2011)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

left arm and two officers continued to struggle to get the handcuffs on DOUGLAS ROY WHITE.

7. As the struggle continued all three ended up on the ground and Office Hill lost control of the right arm of DOUGLAS ROY WHITE. WHITE tucked his arm under his body and refused to comply with commands to stop resisting. Officer Hill continued to try to get a hold of WHITE'S hand when he could feel WHITE curling his feet underneath him trying to stand up. Forest Officer Rizkallah saw WHITE trying to stand and break free from the officers when she intervened and told WHITE to stop resisting. When he didn't comply with her command, she drew her taser. Officer Rizkallah took cartridge off and placed the device on the WHITE'S upper back, stated "Taser, Taser", and pulled the trigger. The device delivered a five second dry stun and Officer Hill was able to get WHITE'S right arm out from underneath him and complete the handcuffing. Once the handcuffs were secured, he was searched and his personal property given to his girlfriend. DOUGLAS ROY WHITE was transported to the Forest Service Command Post for further processing and a medical check. DOUGLAS ROY WHITE was transported to Pierce County Jail and booked on an US Marshal hold after getting approval from the US Attorneys's Office for a 48-hour hold.

8. Based on the above facts, I respectfully submit that there is probable cause to believe that on or about July 1, 2011, DOUGLAS ROY WHITE, a male born XX-XX-1957, did forcibly assault, resist, oppose, impeded, intimidate and interfere with United States Forest Service Officers Chavez and Hill, while they were engaged in their official duties.

All in violation of Title 18, United States Code, Section 111(a)

Jon Matye
Special Agent
United States Forest Service

COMPLAINT/DOUGLAS ROY WHITE - 4
(2011)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Based on the Complaint and Affidavit sworn to before me, and subscribed in my
2 presence, the Court hereby finds that there is probable cause to believe the Defendant
3 committed the offense set forth in the Complaint.

5    Dated this _____ day of July, 2011.

_____
JAMES P. DONAHUE
United States Magistrate Judge

COMPLAINT/DOUGLAS ROY WHITE - 5
(2011)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970